1  Raffi Kassabian (SBN 260358)
   Email: rkassabian@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

5  Attorneys for Defendant
   Synchrony Bank

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NALANI ANDERSON,                | Case No.: 3:18-cv-00060 |
12 |         Plaintiff,              | [Removal from the Superior Court of the State of California for the County of Alameda, Case No. RG17884453] |
13 |    vs.                          | |
14 | SYNCHRONY BANK; and DOES 1 - 10 inclusive, | **NOTICE OF REMOVAL** |
15 |                                 | Complaint filed: December 1, 2017 |
16 |         Defendant.              | |

19     **PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and
20 1446, Defendant Synchrony Bank ("Defendant") hereby notices removal of the state
21 court civil action known as *Nalani Anderson v. Synchrony Bank,* Case No.
22 RG17884453, from the Superior Court of the State of California for the County of
23 Alameda to the United States District Court for the Northern District of California,
24 and in support thereof states as follows.
25     1.    On or about December 1, 2017, Plaintiff Nalani Anderson ("Plaintiff")
26 filed a Complaint against Defendant in the Superior Court of the State of California
27 for the County of Alameda (the "State Court"). In compliance with 28 U.S.C.
28

– 1 –
NOTICE OF REMOVAL

1  § 1446(a), a true and correct copy of all process, pleadings, and orders served upon
2  Defendants is attached hereto as **Exhibit 1**.
3      2.    The Complaint raised a claim for violations of the Telephone Consumer
4  Protection Act, 47 U.S.C. § 277, *et seq*. (the "TCPA").
5      3.    As set forth more fully below, this case is properly removed to this Court
6  pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural
7  requirements for removal, and this Court has subject matter jurisdiction over this
8  action pursuant to 28 U.S.C. § 1331.
9  <center>**GROUNDS FOR REMOVAL**</center>
10 **I.    Defendant Has Satisfied the Procedural Requirements for Removal.**
11     4.    On December 5, 2017, Plaintiff served a copy of the Complaint on
12 Defendant.  Therefore, this Notice of Removal is timely filed under 28 U.S.C.
13 § 1446(b)(3) because Defendant is filing its Notice of Removal within 30 days of its
14 receipt of the initial pleading setting forth the claim for relief upon which such action
15 is based.
16     5.    This Court is the proper division because it embraces the Superior Court
17 of the State of California for the County of Alameda, where Plaintiff's action is
18 pending.  *See* 28 U.S.C. §§ 1441 and 1446(a).
19     6.    No previous request has been made for the relief requested herein.
20     7.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is
21 being served on Plaintiff, and a copy is being filed with the State Court Clerk.
22 **II.    Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**
23     8.    Under 28 U.S.C. § 1331, United States District Courts are vested with
24 jurisdiction to consider cases or controversies "arising under" the laws of the United
25 States of America.  *See* 28 U.S.C. § 1331.
26     9.    Removal of such cases is governed by 28 U.S.C. § 1441(b).  Section
27 1441(b) makes clear that a case brought in state court, raising a federal question,
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

"*shall* be removable" to the United States District Courts "without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b) (emphasis added).

10. Here, Plaintiff's Complaint purports to assert a claim against Defendant for alleged violations of a federal statute, the TCPA. *See* Complaint. The TCPA claim "arises under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over this claim.

11. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

12. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant, by counsel, respectfully requests that the above-referenced action, originally filed in the Superior Court of the State of California for the County of Alameda, be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED: January 4, 2018

REED SMITH LLP

By: */s/ Raffi Kassabian*
Raffi Kassabian
Attorneys for Defendant
Synchrony Bank