Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALANI ANDERSON, individually and on behalf of individuals of the general public similarly situated,<br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK and DOES 1 through 10, inclusive, and each of them,<br>Defendant(s). | Case No.<br>3:18-cv-00060-VC<br><br><br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** April 20, 2018          **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Todd M. Friedman
                       Todd M. Friedman

Notice of Settlement - 1

## **CERTIFICATE OF SERVICE**

Filed electronically on April 20 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 20 2018, to:

To the Honorable Court, all parties and their Counsel of Record


s/Todd M. Friedman
  Todd M. Friedman